**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **Gregory Royal,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| vs. § | CASE NO. 1:25-cv-00155 |
| § | |
| **Rex Jones et al.,** § | |
| § | |
| *Defendants* § | |

## DECLARATION OF MICHAEL JACOBSON

1. My name is Michael Jacobson, and I am the VP of Legal at Flexible Finance, Inc. ("Flex"), a defendant in this case. I am over 18 years of age, of sound mind, and I am capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am familiar with the manner in which Flex's records are created and maintained by virtue of my duties and responsibilities as VP of Legal. I have reviewed Exhibits 2 and 3 attached to Flex's Motion to Dismiss (the "Motion").

3. I verify that Exhibit 2 is a true and correct copy of the Certificate of Change that Flex filed with the New York Department of State, Division of Corporations on May 24, 2024. The Certificate identifies FileJet, Inc. as Flex's registered agent and lists 41 Broadway Fl 12, Ste.12-300, New York, NY, 10004 as FileJet, Inc.'s address.

4. I verify that Exhibit 3 is a true and correct copy of the Filing Receipt for the Certificate of Change that Flex filed with the New York Department of State, Division of Corporations on May 24, 2024. The Filing Receipt identifies FileJet, Inc. as Flex's registered agent and lists 41 Broadway Fl 12, Ste.12-300, New York, NY, 10004 as FileJet, Inc.'s address. The

Filing Receipt also identifies 88 University Place, 11th Floor, New York, NY 10003 as the address for service of process.

5.  228 Park Ave, # 75995, New York, NY 10003 is the address associated with a PO Box that receives Flex's incoming physical mail, which is then scanned and distributed by a third party. No Flex employee is located there, nor is any other person authorized to accept service on Flex's behalf.

My name is Michael Jacobson, my date of birth is November 14, 1981, and my business address is 88 University Place, 11th Floor, New York, NY 10003. Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York County, State of New York on the 23rd day of May 2025.

*DocuSigned by:*
*Michael Jacobson*
EEE700138D284FA...
Michael Jacobson