# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for FLEXIBLE FINANCE, INC., File Number 240612000739 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 23, 2025.

WALTER T. MOSLEY
Secretary of State

*Brendan C. Hughes*

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008085973 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov



New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
https://dos.ny.gov

# CERTIFICATE OF CHANGE
# OF

__FLEXIBLE FINANCE, INC.__
*(Insert Name of Foreign Corporation)*

Under Section 1309-A of the Business Corporation Law

**FIRST:** The name of the corporation as it appears on the index of names in the Department of State is: FLEXIBLE FINANCE, INC.

*(Complete the following section only if the corporation has agreed to use a fictitious name in New York State.)*
The fictitious name the corporation has agreed to use in New York State is:

_____

**SECOND:** The jurisdiction of incorporation of the corporation is:
DELAWARE

**THIRD:** The date on which the corporation was authorized to do business in New York State is:
02/05/2020

**FOURTH:** The change(s) effected hereby are: *(Check appropriate statement(s))*

☐ The county location, within this state, in which the office of the corporation is located, is changed to: _____

☐ The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery is changed to read in its entirety as follows:

_____

☐ The email address to which the Secretary of State shall email a notice of the fact that process against the corporation has been served electronically upon the Secretary of State is:

_____

☐ The email address to which the Secretary of State shall email a notice of the fact that process against the corporation has been served electronically upon the Secretary of State is changed to read as follows:

_____

☐ The email address to which the Secretary of State shall email a notice of the fact that process against the corporation has been served electronically upon the Secretary of State is deleted.

DOS-1557-f-a (Rev. 12/22)                                           Page 1 of 2

Filed with the NYS Department of State on 05/24/2024
Filing Number: 240612000739  DOS ID: 5702740

☑ The corporation hereby designates
FILEJET INC.

its registered agent upon whom process against the corporation may be served.
The street address of the registered agent is:

☐ The corporation hereby changes the designation of its registered agent to:

The street address of the registered agent is:
42 BROADWAY, FL. 12, SUITE 12-300, NEW YORK, NY 10004-1617

☑ The corporation hereby changes the address of its registered agent to:

☐ The corporation hereby revokes the designation of its registered agent.

x *Shragie Lichtenstein*
*(Signature)*

SHRAGIE LICHTENSTEIN
*(Name of Signer)*

Capacity of Signer *(Check appropriate box)*:

☒ Officer
☐ Director
☐ Authorized Person

## CERTIFICATE OF CHANGE
## OF
## FLEXIBLE FINANCE, INC.
*(Insert Name of Foreign Corporation)*

Under Section 1309-A of the Business Corporation Law

Filer's Name and Mailing Address:

ANDREW WHITE
*Name:*

FILEJET INC.
*Company, if Applicable:*

10440 PIONEER BLVD, STE 8
*Mailing Address:*

SANTA FE SPRINGS, CA 90670
*City, State and Zip Code:*

**NOTES:**
1. The name of the corporation and the date it was authorized to conduct business in New York State provided on this certificate must exactly match the records of the Department of State. The information should be verified on the Department of State's website at https://dos.ny.gov.
2. This form was prepared by the New York State Department of State. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
3. The Department of State recommends that all documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a **$30** filing fee.

*For Office Use Only*

DOS-1557-f-a (Rev. 12/22)

Page 2 of 2

Filed with the NYS Department of State on 05/24/2024
Filing Number: 240612000739 DOS ID: 5702740