## NEW YORK STATE DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE
# FILING RECEIPT

| | |
|---|---|
| **ENTITY NAME :** | FLEXIBLE FINANCE, INC. |
| **DOCUMENT TYPE :** | CERTIFICATE OF CHANGE BY ENTITY |
| **ENTITY TYPE :** | FOREIGN BUSINESS CORPORATION |



| | |
|---|---|
| **DOS ID :** | 5702740 |
| **FILE DATE :** | 05/24/2024 |
| **FILE NUMBER :** | 240612000739 |
| **TRANSACTION NUMBER :** | 202406120000605-3346747 |
| **EXISTENCE DATE :** | 02/05/2020 |
| **DURATION/DISSOLUTION :** | PERPETUAL |
| **COUNTY :** | NEW YORK |

**SERVICE OF PROCESS ADDRESS :** FLEXIBLE FINANCE, INC.
88 UNIVERSITY PL, 11TH FLOOR
NEW YORK, NY, 10003, USA

**ELECTRONIC SERVICE OF PROCESS EMAIL ADDRESS :** N/A

**REGISTERED AGENT :** FILEJET INC.
41 BROADWAY FL. 12, STE 12-300,
NEW YORK, NY, 10004-1617, USA

**FILER :** ANDREW WHITE
10440 PIONEER BLVD. STE 8,
SANTA FE SPRINGS, CA, 90670, USA

*You may verify this document online at :* http://ecorp.dos.ny.gov
**AUTHENTICATION NUMBER :** 100005896187

| | | | |
|---|---|---|---|
| TOTAL FEES: | $30.00 | TOTAL PAYMENTS RECEIVED: | $30.00 |
| FILING FEE: | $30.00 | CASH: | $0.00 |
| CERTIFICATE OF STATUS: | $0.00 | CHECK/MONEY ORDER: | $30.00 |
| CERTIFIED COPY: | $0.00 | CREDIT CARD: | $0.00 |
| COPY REQUEST: | $0.00 | DRAWDOWN ACCOUNT: | $0.00 |
| EXPEDITED HANDLING: | $0.00 | REFUND DUE: | $0.00 |