July 23, 2025

Gyregory Royal,

Is hocked up in travis County Jail
he has two ~~pending~~ open cases. He asked
for a (Stay) until the end of (November)

RECEIVED

JUL 28 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Thank you.

4021 Steck Ave, Apt 624
Austin, Tx 78759

Tracy White
4041 Steck Ave Apt# 6247
Austin, TX 78759

District Clerks Office
601 W 5th St Ste. 1100
Austin, Texas 78701

Austin PDC TX 78710
FRI 25 JUL 2025

SCREENED BY CSO'S
JUL 9 2 2025

ADDITIONAL OUNCE USA